IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN WECKESSER | § | PLAINTIFF |
| | § | |
| v. | § | CIVIL ACTION NO. 1:07CV982-LG-JMR |
| | § | |
| CHICAGO BRIDGE & IRON, | § | |
| L.G. BARCUS, INC., AND CITY OF | § | |
| BILOXI, MISSISSIPPI | § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on the Motion to Dismiss [16] filed by Defendant, City of Biloxi, Mississippi, the Court, after a full review and consideration of Defendant's Motion, the pleadings on file, and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's claims are hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 9th day of November, 2007.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE